McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**
Oct 29, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF MARIBEL GUTIERREZ, AS DESCRIBED IN ATTACHMENT A-5 | CASE NO. 2:20-SW-909 DB<br><br>ORDER REGARDING MOTION TO UNSEAL |
|---|---|

The United States' motion to unseal this case is GRANTED.

The court further FINDS that the original search warrant, application, and affidavit contain personal identifying information. Therefore, the court ORDERS that those materials shall remain under seal. The clerk shall file on the public docket the redacted version of the search warrant, application, and affidavit which accompanies the United States' motion to unseal.

DATED: October 29, 2020

_____
Hon. Jeremy D. Peterson
United States Magistrate Judge

1